**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNICARE LIFE & HEALTH INSURANCE
COMPANY,

      Plaintiff,

v.                                                 Case No. 06-CV-13569

ANN K. HARRIS, et al.,

      Defendants.
                                          /

**ORDER APPOINTING GUARDIAN *AD LITEM*
AND SCHEDULING A TELEPHONE CONFERENCE**

On November 20, 2006, the court granted Plaintiff Unicare Life & Health Insurance Company's "Motion for Appointment of Guardian *Ad Litem*." Since that time, the court has secured an attorney to serve as the guardian *ad litem* for the minor Defendant. Accordingly,

IT IS ORDERED that Howard Linden[1] is APPOINTED as guardian *ad litem* for the minor Defendant.[2] Although Mr. Linden is not an electronic filer under the local rules, he is hereby EXCUSED from electronic filing for this case only until further order of the court. *See* E.D. Mich. LR 5.1.1(a). The court finds good cause to excuse him so long as the case does not devolve into complicated contested motion practice, at which time the court may revisit this decision.

---

[1] 3000 Town Center, Southfield, MI 48075, (248) 358-4545.

[2] The court's case manager will mail copies of all the pleadings in this case to Mr. Linden.

IT IS FURTHER ORDERED that the court will conduct a telephone conference on **January 4 , 2007 at 10:00 a.m.** to discuss (1) a briefing schedule and (2) the possibility of an amicable resolution to this matter.  The court will initiate the conference call.

   S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 21, 2006


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 21, 2006, by electronic and/or ordinary mail.

   S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522