**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNICARE LIFE & HEALTH INSURANCE
COMPANY,

      Plaintiff,

v.                                       Case No. 06-CV-13569

ANN K. HARRIS, et al.,

      Defendants.
                                      /

**ORDER SETTING DEADLINES AND SCHEDULING A STATUS CONFERENCE**

On January 31, 2007, the court conducted a telephone conference in the above-referenced matter.[1] During the conference, the court discussed with the parties the potential for an amicable resolution to this matter. The parties agreed that it was likely that an amicable resolution could be reached, at least with respect to the claims of Ann K. Harris and the minor child. The parties were unable to state whether an agreement could be reached with respect to the claim of Dequinda Harris and the amount due, if any, to the attorneys of Unicare Life & Health Insurance ("Unicare") and all three remaining Defendants.[2] In the event a full settlement cannot be reached with respect to all parties, it is possible that the parties may submit a stipulation to the court, encompassing a partial judgment or a partial dismissal. The court strongly encourages the parties to continue to explore settlement possibilities with one another,

---

[1] As with the January 4, 2007 telephone conference, *pro se* Defendant Dequinda Harris could not be reached and thus did not participate in the conference.

[2] Funeral Funding of Michigan was defaulted on January 9, 2007, and no longer has any claim to the proceeds of the life insurance policy at issue.

understanding that the longer this case lingers, the higher the amount of potential attorney fees which will be incurred by the parties.

Indeed, Unicare has already filed a motion on January 17, 2007, in which it sought, among other relief, attorney fees in the amount $6,945.00.  No responses have been filed, although the final deadline for responses is February 5, 2007.  The court will order that all other motions seeking attorney fees incurred to date be filed immediately.  The motions should set forth both the factual and legal bases justifying a court-ordered award of attorney fees.  The court will endeavor to resolve the motions, if possible, prior to the next status conference.  As further discussed with the parties,

IT IS ORDERED that the court will conduct a mandatory status conference on **February 27, 2007 at 11:00 a.m.  Counsel and remaining parties are required to attend.**  Any party not in attendance will face sanctions including, potentially, default.  In the event a full settlement is reached prior to the conference, and a stipulation of dismissal is submitted to the court, the status conference will be canceled.

IT IS FURTHER ORDERED that any response to Unicare's January 17, 2007 request for attorney fees shall be filed by **February 5, 2007**.  Additionally, any further motion seeking attorney fees or Guardian Ad Litem fees incurred by Defendants' counsel shall also be filed by **February 5, 2007**.  Responses to Defendants' motions shall be filed by **February 12, 2007**.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: February 1, 2007

2:06-cv-13569-RHC-VMM   Doc # 18   Filed 02/01/07   Pg 3 of 3   Pg ID 93

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 1, 2007, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\06-13569.UNICARELIFE&HEALTH.FebruarySchedule.wpd