**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNICARE LIFE & HEALTH INSURANCE
COMPANY,

      Plaintiff,

v.                                          Case No. 06-CV-13569

ANN K. HARRIS, et al.,

      Defendants.
                                     /

**ORDER GRANTING IN PART "MOTION TO DEPOSIT FUNDS," ORDERING THE DEPOSIT OF FUNDS INTO THE COURT, AND DISMISSING UNICARE**

The matter is before the court on Plaintiff's "Complaint for Interpleader" and subsequent "Motion to Deposit Funds Into the Court and For a Complete and Total Discharge," seeking an order allowing disputed funds to be deposited with the clerk of the court and ordering the clerk of the court to deposit said funds in an interest-bearing account. The court has reviewed the motion, and determines that Unicare is entitled to part of the relief it seeks. Accordingly,

IT IS ORDERED that Unicare's "Motion to Deposit Funds Into the Court and for a Complete and Total Discharge" [Dkt. # 17] is GRANTED IN PART. It is GRANTED with respect to the request to deposit funds. Unicare's remaining request for attorney fees and costs will be addressed in a separate order, after the time for responding has passed.

IT IS FURTHER ORDERED that Unicare shall deposit with the court clerk, in an interest bearing account, a check totaling Twenty Four Thousand, Eight Hundred and Six Dollars and twenty-five cents ($24,806.25).

IT IS FURTHER ORDERED that the clerk shall deduct from said account any fees authorized by the Judicial Conference of the United States, except for costs or attorney fees.

Finally, Unicare is hereby DISMISSED from this lawsuit.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  February 1, 2007


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 1, 2007, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\06-13569.UNICARE.DepositFunds.CompleteDischarge.wpd